

SHARON KELLER
PRESIDING JUDGE

LAWRENCE MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CATHY COCHRAN
ELSA ALCALA
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

ABEL ACOSTA
CLERK
(512) 463-1551

SIAN SCHILHAB
GENERAL COUNSEL
(512) 463-1600

September 17, 2014

Donald H. Flanary III
310 S. St. Mary's St.
Suite 2900
San Antonio, TX 78205

District Attorney Bexar County
300 Dolorosa St No 5072
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Bruce D. Brown
1101 Wilson
Suite 1100
Arlington, VA 22209

Patrick Ballantyne
Assistant Criminal District Attorney
101 W. Nueva St., 7th Floor
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

4th Court Of Appeals Clerk
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, THIRD FLOOR
San Antonio, TX 78205-3037
* DELIVERED VIA E-MAIL *

J. Campbell Barker
Yetter Coleman LLP
909 Fannin
Suite 3600
Houston, TX 77010
* DELIVERED VIA E-MAIL *

District Clerk Bexar County
Donna Kay McKinney
101 West Nueva Suite 217
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

379th District Court Presiding Judge
300 Dolorosa St, #3060
San Antonio, TX 78205

Eugene Volokh
UCLA School of Law
405 Hilgard Ave.
Los Angeles, CA 90005-3992
* DELIVERED VIA E-MAIL *

**Re:** THOMPSON, EX PARTE RONALD
**CCA No.** PD-1371-13
**Trial Court Case No.** 2012-CR-1148-W2

**COA No.** 04-13-00127-CR

The court has issued an opinion on the above referenced cause number.

Sincerely,

FILE COPY

Abel Acosta, Clerk